**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 555 EAL 2019
:
        Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
    v. :
:
:
SITA DIP, :
:
        Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.

    Justice Dougherty did not participate in the consideration or decision of this matter.